IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-30238
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

VERSUS

KRISTHAN KENDALE MOUTON,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 98-CR-60013-9
- - - - - - - - - -
August 16, 2000

Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Kristhan Kendale Mouton appeals from his conviction for conspiracy to possess with the intent to distribute crack cocaine. He argues that the evidence was not sufficient to support the jury's verdict. The testimony of several witnesses showing Mouton's participation in various aspects of the larger conspiracy was not insufficient. See United States v. Greenwood, 974 F.2d 1449, 1459 (5th Cir. 1992). Mouton's conviction is AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.